UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

LAURIE GOEMAN,

        Plaintiff,

v.                                                                     Case: 13-cv-168 - jdp

CHIPPEWA FALLS AREA
UNIFIED SCHOOL DISTRICT,

        Defendant.

---

### JOINT STIPULATION AND ORDER FOR DISMISSAL

---

It is hereby stipulated and agreed by and between the parties in the above-captioned matter, by their attorneys, that each and every legal claim and issue, whether under state or federal law, which were raised or could have been raised by either party can be dismissed on their merits, with prejudice, but without an award of costs or fees by the district court and without any further notice from or hearing before the presiding judge for the Western District of Wisconsin.

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| /s/   Peter M. Reinhardt | /s/   Joel L. Aberg |
| Attorney Peter M. Reinhardt | Attorney Joel L. Aberg |
| Bakke Norman, S.C. | Weld, Riley, Prenn & Ricci, S.C. |
| 2929 Schneider Avenue | 3624 Oakwood Hills Parkway |
| P.O. Box 280 | P.O. Box 1030 |
| Menomonie, WI 54751-0280 | Eau Claire, WI 54702-1030 |
| Date: August  21st , 2014 | Date: August  21st , 2014 |

## ORDER BY THE COURT

Based upon and pursuant to the parties' joint stipulation for dismissal, as signed by their respective legal counsel, it is hereby ORDERED that the above captioned civil action is dismissed upon its merits, with prejudice, but without an award of costs or fees by the district court.

Dated ~~this~~ ~~day of February, 2014.~~
August 21, 2014

BY THE COURT:

*[signature]*

~~Honorable Stephen L. Crocker~~
~~Magistrate Judge, Presiding by Consent~~
JAMES D. PETERSON
US DISTRICT JUDGE